Received by
Coffee Correctional Facility

FEB 19 2019

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2018 DEC 26 PM 3:45

CLERK C. Robinson
_____ OF GA.

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

RUSSELL VICKERY
GDC #1001592280

5:18-cv-98

(Enter above full name of plaintiff or plaintiffs)

v.

GUY AUGUSTIN
Doctor, et al.
DEBORA STEWART, Director Medical at Coffee
SHARON LEWIS, Director Medical of GDC

(Enter above full name of defendant or defendants)

I. Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?  Yes ____ No ✓

     If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

     1.  Parties to this previous lawsuit:

        Plaintiffs: N/A

        Defendants: _____

     2.  Court (if federal court, name the district; if state court, name the county):

     3.  Docket number:

     4.  Name of judge assigned to case:

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?
   Yes ____ No ____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes ____ No ____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____
   _____

2. Court (name the district): _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   _____

6. Approximate date of filing lawsuit: _____

*Handwritten across the form: N/A*

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ____ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ____ No ____

   1. If your answer to C is yes, name the court and docket number for each case:

   _N/A_

   _____
   _____
   _____

II. Place of present confinement: __Coffee Correctional Facility__

   A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ____

   B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ✓ No ____

   C. If your answer to B is yes:

   1. What steps did you take? On 4-4-2018, Petitioner filed a grievance complaining of stored peanuts. That grievance was denied. Petitioner filed an appeal to for that denial on 4-27-2018 to Utilization management and that appeal was denied on 11-8-18

   2. What was the result? Grievance Appeal was denied by Dr. Sharon Lewis, Medical director of GDC. Petitioner recieved this denial on 11-8-18

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?
Yes ✓ No ___

If yes, what was the result? See #2, See also Appeal #263511, Appeal denied by Office of Health Services, Utilization Management

D. If you did not utilize the prison grievance procedure, explain why not:
N/A

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: RUSSELL VICKERY #1001592280
Address: Coffee Corrections 4-Q
1153 N. Liberty St.
Nicholls Ga, 31554

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Guy Augustin
Position: Doctor
Place of employment: Coffee Correctional Facility
Current address: 1153 N. Liberty St.
Nicholls Ga 31554

C. Additional defendants: Debora Stewart, Medical Director of Coffee Corrections.

Sharon Lewis, Medical Director of GDC

# FACTS

On or about 9-30-15, shortly after petitioner arrived at Coffee Correctional, during a routine medical exam to all new arrivals, petitioner informed medical staff he had Hepatitis C and had been diagnosed by outside doctors, (Health Dept). The Health Dept. explaned to petitioner that his viral load was, "off the charts", and he "needed treatment as soon as possible", to which medical staff told petitioner that they did treat Chronic HCV here at the prison and he would be treated.

On a later unknown date within weeks of petitioners arrival here

5

Petitioner was evaluated by Dr. Augustin and others, (medical staff of GDC), to be treated.

Petitioner has been diagnosed with Chronic HCV and complained each visit of stomach pains and or liver pains that are constant and at times very painfull to which Dr. Augustin refused to refer petitioner to a specialist, (gastrointestinologist), to diagnose and/or recomend treatment. After numerous attempts to see a specialist and numerous conversations with Dr. Augustin about treatment, petitioner finally ask "Why wont you treat me? Does the medicine cost to much?"

6

Dr. Augustin replied hatefully, "You should have sought treatment before you got locked up! You had a job didn't you!? You had insurance didn't you!?" Petitioner then immediatly started the Grievance procedure.

During petitioners stay here at Coffee Correctional facility he has already experienced new and additional medical complications, (heart complications), to which he was hospitalized, (Intensive care), and petitioner believes these complizations to stem from the untreated HCV.

GDC Policy only allows treatment

for patients in advanced stages of this infectious disease. GDC only monitors progression.

These practices not only expose all inmates to a substantial risk of contracting this disease but refusing treatment endangers the public as well once the offender is released.

Mere observation and "monitoring" of HCV patients with no medical treatment is medically inappropriate, falls below the standard of care, and risk the health of the individual with HCV. Delay in treatment can cause

damage to other vital organs as well. It is a systematic disease that, if untreated, can cause heart attacks, unnecessary pain and suffering, permanent damage to internal organs, and premature death.

Petitioner hereby claims that GDC policy and procedure toward treatment of his chronic HCV caused a deliberate indifference to his serious medical need and has violated his 8th and 14th Amendment rights, (Inadequate medical care, Cruel and unusual punishment, and equal protection.), pursuant to ADA and additional opinions verifying this Disability.

9

# PRAYER FOR RELIEF

Federal Courts have recognized new DAAs as a "Game Changer" with regard to price and treatment of HCV. (See CDC, AASLD, and IDSA HCV Guidance.)

WHEREFORE, plantiff/petitioner respectfully prays that this court enter judgment granting petitioner:

1) A declaration that the acts and omissions described herein violated petitioners rights under the Constitution and laws of the United States.

2) A preliminary injunction ordering

defendants to start treating petitioners HCV with the new fast acting DAAs imediatly to prevent any further unnecessary pain and suffering or irreversable damage to his internal organs caused from this disease.

3) A permanent injunction ordering defendants to treat everyone who is diagnosed or will be diagnosed within GDC with HCV who has 8 to 12 weeks left on their sentence to prevent any further suffering, complications and/or irreversable damage, death and specifically to prevent the spread of this infectious disease within GDC

and to the public once the offenders are released.

4) Petitioners cost in this suit and;

5) Any additional relief this court deems just, proper and equitable.

    The Plantiff, (petitioner herein), has no plain, adequate or complete remedy at law to redress the wrongs described herein. Petitioner has been and will continue to be irreparably injured by the policy and procedure and conduct of the defendants unless

this court grants the declaratory and injunctive relief which petitioner seeks.

## VERIFICATION

I, Russell Vickery, hereby declare under penalty of perjury that the foregoing is true and correct to the best of my direct knowledge, understanding and belief. s/ Russell V__

This 18th day of December 2018

Prepared by
s/ Russell Vickery
Russell Vickery

Respectfully Submitted
Petitioner,
RUSSELL VICKERY
GDC# 1001592280
Coffee Corrections
1153 N. Liberty St.
Nicholls Ga, 31554

13

# Certificate of Service

This is to certify that I have this day served a true and correct copy of the listed documents upon the party(s) listed below through the United States mail through the institutional legal mail system.

Addressed to:

Office of the Clerk
U.S. District Court
Southern District of Georgia
P.O. Box 1636
Brunswick, Ga. 31521

Documents included:
1) Filed Complaint
2) Amended Complaint
3) Show Cause Order
4) Summons
5) Order to proceed

This 25th day of March 2019.

S/ Russell Vickery
Russell Vickery
Attorney In-Fact

Respectfully Submitted,
Petitioner,
RUSSELL VICKERY
GDC #1001592280
Coffee Corrections 4-Q
P.O. Box 650
Nicholls, Ga. 31554