# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| RUSSELL VICKERY, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:18-cv-98 |
| | * | |
| v. | * | |
| | * | |
| DOCTOR GUY AUGUSTIN; DEBORA STEWART; and SHARON LEWIS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Reports and Recommendations. Dkt. Nos. 13, 24. Plaintiff did not file Objections to either Report and Recommendation.

On March 24, 2020, the Magistrate Judge issued a Report recommending the dismissal of Plaintiff's monetary damages claims against Defendants in their official capacities and all claims against Defendants Stewart and Lewis. Dkt. No. 13. After the Magistrate Judge's March 24, 2020 Report and Recommendation, Plaintiff filed a Motion to Amend, dkt. No. 16, and a Motion for Preliminary Injunction. Dkt. No. 20. On May 26, 2020, the Magistrate Judge granted Plaintiff's Motion to Amend but noted the amendments did not change the analysis in

AO 72A
(Rev. 8/82)

the first Report and Recommendation.  Dkt. No. 24.  The Magistrate Judge also recommended the Court deny Plaintiff's Motion for Preliminary Injunction.  <u>Id.</u>

The Court **ADOPTS** the Magistrate Judge's Reports and Recommendations as the opinions of the Court.  The Court **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities and all claims against Defendants Stewart and Lewis.  Plaintiff's deliberate indifference and Americans with Disabilities Act claims against Defendant Augustin remain pending.  The Court also **DENIES** Plaintiff's Motion for a Preliminary Injunction.

**SO ORDERED**, this ___16___ day of ___June___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2