# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| RUSSELL VICKERY, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:18-cv-98 |
| | * | |
| v. | * | |
| | * | |
| DOCTOR GUY AUGUSTIN, | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 63. Plaintiff did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned as undeliverable, with the notations: "[Return to Sender,] Released, [Unable to Forward.]" Dkt. No. 64 at 16.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court also **GRANTS** Defendant's Motion for Summary Judgment, **DENIES** Plaintiff's Motion for Summary Judgment, and **DENIES as moot** Defendant's Motion to Dismiss and Plaintiff's Motion for Joinder. The Court **DIRECTS** the Clerk of Court to **CLOSE** this

AO 72A
(Rev. 8/82)

case and enter the appropriate judgment of dismissal and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this \_\_14\_\_ day of \_\_June\_\_, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)